FILED
2013 MAR 19 AM 9:05
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROY LE DESMA,<br>Plaintiff; | § § § | CIVIL ACTION NO. A-13-CV-131-LY |
| V. | § § | |
| R.E. MASSEY, JR., INC. d/b/a<br>SCHLOTZSKY DELI OF MARBLE<br>FALLS and ROY E. MASSEY;<br>Defendants. | § § § § | |

## ORDER GRANTING
## AGREED MOTION TO EXTEND
## TIME TO FILE ANSWER

On the 18th day of March, 2013, came on to be heard the Agreed Motion to Extend Time to Answer filed by the parties in the above styled and referenced cause. The Court, having reviewed the motion and pleadings on file, is of the opinion that the motion should be, and hereby is GRANTED.

IT IS THEREFORE ORDERED that the time for Defendants R.E. Massey, Jr. Inc. and Roy E. Massey to file their answers in this matter is extended to April 5, 2013.

Signed this 18th day of March, 2013.

_____
United States District Judge