UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROY LE DESMA,** | § | **CIVIL ACTION NO. A-13-CV-131-LY** |
| Plaintiff; | § | |
| | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| **R.E. MASSEY, JR., INC. d/b/a** | § | |
| **SCHLOTZSKY'S DELI OF MARBLE** | § | |
| **FALLS and ROY E. MASSEY;** | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Roy Le Desma, R.E. Massey, Jr., Inc., and Roy E. Massey, all the parties hereto, by and through their respective counsel, submit this Notice of Settlement to notify the Court that this lawsuit has been settled, and to request 30 days in which to file the dismissal.

Respectfully submitted,

/s/ R. Scott Cook
_____
Russell Scott Cook
State Bar No. 24040724
scook@rcooklaw.com
Melissa Jacobs
State Bar No. 24046144
mjacobs@rcooklaw.com
The Cook Law Firm
919 Congress Avenue, Suite 1145
Austin, Texas 78701
Telephone:  (512) 482-9556
Telecopier:  (512) 597-3172
ATTORNEY FOR PLAINTIFF

_____
Notice of Settlement
Page 1

/s/  Aaron Charles de la Garza
_____
Aaron Charles de la Garza
State Bar No. 24028282'
adelagarza@hdcdlaw.com
Hill Ducloux Carnes & de la Garza
400 West 15th Street, Suite 808
Austin, Texas   78701
Telephone:  (512) 474-7054
Telecopier:  (512) 474-5605
ATTORNEY FOR DEFENDANTS