IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ROY LE DESMA, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-13-CV-131-LY |
| § | |
| R.E. MASSEY, JR., INC. D/B/A § | |
| SCHLOTZSKY'S DELI OF MARBLE § | |
| FALLS AND ROY E. MASSEY, § | |
|     DEFENDANTS. § | |

## ORDER

Before the court is the above-referenced cause. On March 20, 2013, the parties filed a Notice of Settlement, notifying the court that the parties have settled all matters in this case and anticipate filing dismissal documents with the court within 30 days (Doc. #6). Accordingly,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation dismissal on or before **Monday, April 22, 2013**.

SIGNED this _20th_ day of March, 2013.

              _____
              LEE YEAKEL
              UNITED STATES DISTRICT JUDGE