UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROY LE DESMA,** | § | **CIVIL ACTION NO. A-13-CV-131-LY** |
| **Plaintiff;** | § | |
| | § | |
| | § | |
| **V.** | § | |
| | § | |
| | § | |
| **R.E. MASSEY, JR., INC. d/b/a** | § | |
| **SCHLOTZSKY'S DELI OF MARBLE** | § | |
| **FALLS and ROY E. MASSEY;** | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the Joint Motion for Dismissal With Prejudice filed by the parties in the above-referenced case. After considering the papers on file with the Court, including the Joint Motion, the Court finds that Plaintiff and Defendants have come to an agreement to settle any and all causes of action brought or that could have been brought in this lawsuit, including any claims under the Fair Labor Standards Act. The Court finds that the parties' settlement of Plaintiff's Fair Labor Standards Act claims constitutes a fair and reasonable resolution of a bona fide dispute arising under the Fair Labor Standards Act. Accordingly, the Court hereby grants the Joint Motion For Dismissal With Prejudice.

IT IS, THEREFORE, **ORDERED, ADJUDGED and DECREED** that the above-styled and numbered cause is dismissed with prejudice to its refilling, and that all costs of Court and attorneys' fees shall be borne by the parties incurring those costs.

SIGNED this _____ day of _____, 2013.

_____
HONORABLE JUDGE LEE YEAKEL